## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CR OPERATING COMPANY, INC., a business entity; LINCOLN PLAZA OFFICE BUILDING, L.L.C., an Oklahoma limited liability company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. CIV-12-715-HE |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; and DOES 1 THROUGH 100, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Stipulation of Dismissal [Doc. No. 233] filed by the parties to this action, this matter is dismissed with prejudice to the further re-filing thereof.

**IT IS SO ORDERED**.

Dated this 21st day of January, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE